UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADVANTAGE FUTURES LLC,<br>        Plaintiff<br><br>    v.<br><br><br>ARON SEIDENFELD<br>        Defendant. | Case No. |

## COMPLAINT

**ADVANTAGE FUTURES LLC**, by and through the undersigned counsel, respectfully brings this breach of contract complaint against Aron Seidenfeld ("Seidenfeld") to recover amounts owed to Advantage Futures LLC ("Advantage") by Seidenfeld under the parties' agreement and states the following in support of its Complaint:

### INTRODUCTION

1. This case arises out of Seidenfeld's failure to pay on demand a promissory note ("Note") in favor of Advantage.

### PARTIES

2. Plaintiff Advantage Futures LLC is a limited liability company organized under the laws of the state of Delaware, registered to do business in Illinois, and registered with the U.S. Commodity Futures Trading Commission ("CFTC") as a futures commission merchant. The sole member of Advantage Futures LLC is Advantage Financial LLC. The members of Advantage Financial LLC are: natural persons who are domiciled in California, Illinois, and Wisconsin; one natural person who is a citizen of and domiciled in South Korea, and four testamentary trusts, the trustees of whom are individuals domiciled in Illinois.

3. Defendant Aron Seidenfeld is a natural person domiciled in the state of New York.

## JURISDICTION AND VENUE

4. This court has jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the parties.

5. This court has personal jurisdiction over defendant and venue is appropriate in this district. Defendant Seidenfeld agreed to personal jurisdiction and venue in Chicago Illinois in the Note and personal jurisdiction is appropriate under 735 ILCS 5/2-209, Illinois' Long-Arm Statute, by Defendant having entered into a contract substantially connected with Illinois. Seidenfeld executed the Note, which provided in relevant part that:

> This Note shall be governed by the laws of the state of Illinois and any actions brought in connection with this Note shall be brought in a court of competent jurisdiction located in Chicago, Illinois.

("Promissory Note", attached hereto as Exhibit A, at ¶ 6.)

## BACKGROUND

6. Seidenfeld Family LLC held a futures trading account at Advantage.

7. When Seidenfeld Family LLC opened its account at Advantage, it agreed to pay Advantage for any deficit balance in his account. ("Commodity Futures Client Agreement", attached hereto as Exhibit B, at ¶ 3(e).)

8. Seidenfeld Family LLC also agreed to pay Advantage interest on any negative balance in the account. (Ex. B, at ¶ 3(f).)

9. Defendant Seidenfeld signed a personal guarantee for this account in which he agreed to pay Advantage for any amount that Seidenfeld Family LLC owed to Advantage. ("Personal Guarantee", attached hereto as Exhibit C.)

10. As a result of Defendant Seidenfeld's trading, Seidenfeld Family LLC accrued a negative balance of $2,117,963.07 in its account as of July 31, 2014.

11. Interest on the balance accrued since August 2014.

12. Seidenfeld did not dispute that he owed Advantage for the negative balance and interest and made several interest payments between February 2015 and March 2016.

13. In December of 2016, Seidenfeld agreed to execute a promissory note in favor of Advantage that would obligate him to pay Advantage for the total negative balance as of December 16, 2016.

14. Seidenfeld executed the Note on February 2, 2017.

15. In the Note, Seidenfeld agreed to pay Advantage $2,192,807.17 on demand. (Ex. A.)

16. Seidenfeld made a single payment of $25,000 on the Note.

17. On February 22, 2018, Advantage demanded that Seidenfeld pay the remaining amount due on the Note.

18. Seidenfeld did not pay the note upon demand by Advantage.

19. The Note stated that the "undersigned agrees that such principal amount ($2,192,807.17) will have interest added at the U.S. Prime Rate per annum, in the event that such principal amount is not paid upon demand." (Ex. A at ¶ 1.)

20. Seidenfeld has tendered no further payment to cover the foregoing debit balance in the account.

21. The Note also provided that Seidenfeld "shall pay all reasonable attorney's fees and costs of collection as outlined in Advantage's Commodity Futures Customer Agreement." (Ex. A at ¶ 6.)

22. Paragraph 3(f) of the customer agreement states the customer shall pay Advantage's "costs and reasonable attorneys' fees incurred in collecting any such debit balance or deficiency". (Ex. B, at ¶ 3(f).)

## COUNT I – BREACH OF CONTRACT

23. Advantage incorporates and restates the allegations contained in Paragraphs 1 through 22 of this Complaint as if set forth fully herein.

24. The Note between Advantage and Seidenfeld is a binding and enforceable contract.

25. Seidenfeld breached his Note by failing to pay the Note on demand.

26. Advantage has been damaged by this breach of the Note in a cumulative amount of $2,167,807.17, plus interest and the fees and costs, including attorneys' fees, associated with bringing this action.

### PRAYER FOR RELIEF

WHEREFORE, for all of the foregoing reasons, Claimant Advantage Futures LLC respectfully requests that a judgment be entered in its favor and against Aron Seidenfeld awarding Advantage Futures LLC compensatory damages by Seidenfeld's unlawful conduct, interest, costs, including but not limited to attorneys' fees, and all other relief deemed just and appropriate.

Dated: April 10, 2018

Respectfully submitted,

By: S/ Brian Poronsky
One of Its Attorneys

Christian T. Kemnitz
Brian J. Poronsky
William B. Costello
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200